IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TONIA SCOTT,** | : | |
| **Plaintiff** | : | |
| | : | No. 1:20-cv-02067 |
| v. | : | |
| | : | (Judge Kane) |
| **RAYMOND TONKIN, <u>et al.</u>,** | : | |
| **Defendants** | : | |

## **ORDER**

**AND NOW**, on this 25th day of November 2020, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Plaintiff's motions for leave to proceed <u>in forma pauperis</u> (Doc. Nos. 2, 4) are **GRANTED**;

2. Plaintiff shall pay the full filing fee of $350.00 based on the financial information provided in the application to proceed <u>in forma pauperis</u>. The full filing fee shall be paid regardless of the outcome of the litigation;

3. Pursuant to 28 U.S.C. § 1915(b)(1) and (2), the Superintendent/Warden, or other appropriate official at Plaintiff's place of confinement is directed to deduct an initial partial filing fee of 20% of the greater of:

    a. The average monthly deposits in the inmate's prison account for the past six months, or

    b. The average monthly balance in the inmate's prison account for the past six months.

    The initial partial filing fee shall be forwarded to the Clerk of the United States District Court for the Middle District of Pennsylvania, P.O. Box 1148, Scranton, Pennsylvania, 18501-1148, to be credited to the above-captioned docket number. In each succeeding month, when the amount in Plaintiff's inmate trust fund account exceeds $10.00, the Superintendent/Warden, or other appropriate official, shall forward payments to the Clerk of Court equaling 20% of the preceding month's income credited to Plaintiff's inmate trust fund account until the fees are paid. Each payment shall reference the above-captioned docket number;

4. The Clerk of Court is directed to **SEND** a copy of this Order to the Superintendent/Warden of the institution wherein Plaintiff is presently confined;

5. The complaint (Doc. No. 1) is **DEEMED FILED**;

6. The complaint (Doc. No. 1) is **DISMISSED** for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). Plaintiff's claims for release, the suspension of her criminal charges, and the return of her personal property are **DISMISSED WITHOUT PREJUDICE**. Plaintiff's claims pursuant to 18 U.S.C. §§ 241 and 242 are **DISMISSED WITH PREJUDICE**. Plaintiff's claims against Defendant Tonkin are **DISMISSED WITH PREJUDICE** pursuant to the doctrine of prosecutorial immunity. Plaintiff's claims against Defendant Keith are **DISMISSED WITHOUT PREJUDICE** to her right to pursue such claims in Civil Action No. 2:20-cv-5412 in the United States District Court for the Eastern District of Pennsylvania. Plaintiff will not be permitted to file an amended complaint in the above-captioned case; and

7. The Clerk of Court is directed to **CLOSE** the above-captioned case.

                                                s/ Yvette Kane  
                                                Yvette Kane, District Judge  
                                                United States District Court  
                                                Middle District of Pennsylvania